# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ANITA CARTER, | ) |
| Plaintiff, | ) Civil Action No.: 2:21-cv-01368 |
| v. | ) |
| | ) Judge Sarah D. Morrison |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ) |
| | ) Magistrate Judge Kimberly A. Jolson |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Anita Carter and Defendant JPMorgan Chase Bank, National Association, through their respective counsel, hereby stipulate to dismiss the above-captioned case with prejudice. Each party shall bear their own attorney fees and costs.

Agreed:

| | |
|---|---|
| **KEMP, SCHAEFFER & ROWE CO., L.P.A.** | **PEREZ & MORRIS LLC** |
| By: _/s/ Erica Ann Probst_ | By: _/s/ Celia M. Kilgard-Schnupp_ |
| Erica Ann Probst  #0073486 | Celia M. Kilgard-Schnupp #0085207 |
| Andrea L. Salvino #0097768 | Sarah C. Perez #0086844 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 88 West Mound Street | 8000 Ravine's Edge Court, Suite 300 |
| Columbus, Ohio  43215 | Columbus, OH 43235 |
| (614) 232-8692 | (614) 431-1500 |
| (614) 469-7170 (fax) | (614) 431-3885 (fax) |
| Erica@ksrlegal.com | cschnupp@perez-morris.com |
| ASalvino@ksrlegal.com | sperez@perez-morris.com |

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was served electronically via the Court's electronic filing system this 30th day of November, 2021.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                              By: /s/ Erica Ann Probst
                                   Erica A. Probst (0073486)